# Court of Appeals
# of the State of Georgia

ATLANTA, _July 07, 2026_

*The Court of Appeals hereby passes the following order:*

**A26A2333. KEVIN LEE HALL v. THE STATE.**

In September 2019, a jury found Kevin Lee Hall guilty of one count of aggravated assault and three counts of aggravated battery, for which he was sentenced to a total of 40 years in confinement. In October 2025, Hall filed a pro se motion to vacate a void sentence, arguing that the trial court expanded the definition of aggravated assault at the charge conference and thereby constructively amended the indictment. The trial court denied the motion, and Hall filed this direct appeal.

A challenge to an indictment is a challenge to a criminal conviction. *Jones v. State*, 290 Ga. App. 490, 494(2) (659 SE2d 875) (2008). As the Supreme Court of Georgia has made clear, however, a post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. *Williams v. State*, 283 Ga. 94, 94-95 (656 SE2d 144) (2008). Thus, any effort to appeal from the denial of such a motion must be dismissed. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218(2) (686 SE2d 786) (2009). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _07/07/2026_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*